STEVE M. DEFILIPPIS
State Bar #117292
PICONE & DEFILIPPIS
625 North First Street
San Jose, CA. 95112
(408) 292-0441

Attorneys For Petitioner,
BRADFORD BRYANT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

BRADFORD BRYANT,

    Petitioner,

v.

ANTHONY KANE, Warden,

    Respondent.

_____/

BOARD OF PRISON TERMS,
ARNOLD SCHWARZENEGGER, Governor,

    Real Parties In Interest.

_____/

Case No. C 05-0723 JSW (PR)

**ORDER RE: APPEARANCE OF COUNSEL [PROPOSED]**

IT IS HEREBY ORDERED that Steve M. Defilippis of the law offices of Picone & Defilippis, 625 N. First Street, San Jose, California 95112 (408)292-0441 shall be designated as the attorney of record on behalf of Petitioner Bradford Bryant for all purposes in this proceeding

Dated: 9-27-05

_____
THE HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT JUDGE

1