IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADFORD O. BRYANT,

    Plaintiff,

v.

ANTHONY KANE, Warden,

    Defendant.

No. C 05-00723 JSW

**ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL TRAVERSE**

    This matter comes before the Court upon consideration of petitioner's motion for an extension of time to file his supplemental traverse. Petitioner requests additional time to file his traverse because of what he contends is the uncertain precedential value of *Sass v. California Board of Prison Terms*, 376 F. Supp. 2d 975 (E.D. Cal. 2005). The Court does not find this to be sufficiently good cause to extend the briefing schedule. Accordingly, the motion seeking a thirty day extension of time is DENIED.

    In light of the fact that petitioner's motion was filed shortly before the deadline, the Court shall grant petitioner a short extension and his supplemental brief shall be due on October 3, 2005. There shall be no further extensions of time. If the *Sass* opinion is de-published,

petitioner may bring that fact to the attention of the Court in the form of a brief notice.

**IT IS SO ORDERED.**

Dated: SEP 2 7 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE