STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
45 E. Julian Street
San Jose CA 95112
(408) 292-0441

Attorneys for Petitioner,
BRADFORD BRYANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD BRYANT,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY KANE, Warden,<br><br>    Respondent.<br>_____/<br>BOARD OF PRISON TERMS,<br>ARNOLD SCHWARZENEGGER,<br>Governor,<br><br>    Real Parties In Interest.<br>_____/ | Case No. C-05-0723 JSW (PR)<br><br>***ORDER GRANTING EXTENSION<br>OF TIME TO FILE TRAVERSE<br>TO ORDER TO SHOW CAUSE*** |

Petitioner BRADFORD BRYANT having duly applied for an extension of time to file his Traverse to Respondent's Return to this Court's Order to Show Cause, and good cause appearing,

IT IS HEREBY ORDERED that the Supplemental Traverse, previously due on May 30, 2006, is now due on or before June 8, 2006. This will be the only extension of time.

Dated: May 30, 2006

                                                                              THE HON. JEFFREY S. WHITE
                                                                              UNITED STATES DISTRICT JUDGE