IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADFORD O. BRYANT,

    Plaintiff,

v.

ANTHONY KANE, Warden,

    Defendant.

No. C 05-00723 JSW

**ORDER REQUESTING PETITIONER'S STATUS REPORT**

The petition for writ of habeas corpus is fully briefed and ripe for decision. However, petitioner's current parole status is unknown. The Court HEREBY ORDERS Petitioner to submit a status report by no later than August 1, 2007 advising the Court of what, if any, further parole proceedings have occurred since the filing of this petition.

**IT IS SO ORDERED.**

Dated: July 25, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE